UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENIECE ANDERSON,
an individual,

                Plaintiff,

v.

ASCENSION BORGESS HOSPITAL,
a non-profit corporation,

                Defendant.

CASE NO. 25-cv-00911

HON. HALA Y. JARBOU

MAGISTRATE JUDGE RAY KENT

---

WILLIAM F. PIPER, P.L.C.
William F. Piper (P38636)
Attorney for Plaintiff
9848 Portage Rd.
Portage, MI  49002
(269) 321-5008
Fax: (269) 321-5009
wpiper@wpiperlaw.com
legal@wpiperlaw.com

JACKSON LEWIS P.C.
Timothy J. Ryan (P40990)
Linda L. Ryan (P67686)
Attorneys for Defendant
6011 West River Drive NE
Suite B
Belmont, MI 49306
(616) 940 0230
timothy.ryan@jacksonlewis.com
linda.ryan@jacksonlewis.com

---

## STIPULATED CONFIDENTIALITY PROTECTIVE ORDER

WHEREAS, parties and non-parties to this action ("Litigation"), have been or may be requested during discovery or other proceedings to produce or disclose testimony, documents, or other information ("Discovery Material") that they consider private, confidential, or proprietary; and

WHEREAS, Defendant Ascension Borgess Hospital, ("Defendant"), through its counsel, and Plaintiff Deniece Anderson ("Plaintiff") have agreed, by their undersigned attorneys, to set forth procedures for, and rules governing, the use of such Discovery Material;

1

1.      IT IS ORDERED that all Discovery Material produced, in the Litigation, shall be used solely for the purposes of the Litigation and for no other purpose shall not be disclosed except as provided in paragraph 2.

2.      Confidential Material may be disclosed only to the extent reasonably necessary for the conduct of the Litigation and only to the following:

(a)      the Court (including any appellate court) and Court personnel;

(b)      court reporters in connection with the taking of a deposition or the transcription of court proceedings;

(c)      attorneys (including in-house and outside counsel) of the parties to the Litigation (or the corporate parent of a party to the Litigation) and such attorneys' employees;

(d)      parties to the Litigation and their officers, directors, trustees, and employees;

(e)      the creator and addressees of such Confidential Material and persons who received a copy thereof prior to its production in the Litigation;

(f)      anticipated and actual fact witnesses other than the parties to the Litigation, provided that counsel has a good-faith basis to disclose such information to such witness;

(g)      experts, advisors, consultants, and other persons engaged to assist directly in the Litigation;

(h)      mediators; and

(i)      as may be required by law, court order or subpoena.

**IT IS SO ORDERED.**

Dated:  February 2, 2026                    /s/ Ray Kent
                                            _____
                                            RAY KENT
                                            United States Magistrate Judge

**WE HEREBY STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

WILLIAM F. PIPER, P.L.C.                 JACKSON LEWIS P.C.

/s/ William F. Piper (with Consent)      /s/ Linda L. Ryan
William F. Piper (P38636)                Timothy J. Ryan (P40990)
Attorney for Plaintiff                   Linda L. Ryan (P67686)
9848 Portage Road                        Attorneys for Defendant
Portage, MI  49002                       6011 West River Drive NE, Suite B
(269) 321-5008                           Belmont, MI 49306
wpiper@wpiperlaw.com                     (616) 940 0230
                                         timothy.ryan@jacksonlewis.com
                                         linda.ryan@jacksonlewis.com


Dated: January 27, 2026                  Dated: January 27, 2026


4897-0257-9595, v. 1